## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BARTOLOME ABARCA CALVARIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0690-HE |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered this date and the conditions stated therein, the

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE